# EXHIBIT A

Int. Cl.: **3**

Prior U.S. Cls.: **1, 4, 6, 50, 51 and 52**

Reg. No. **2,156,487**

## United States Patent and Trademark Office

Registered May 12, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### SKINCEUTICALS

CELLEX-C DISTRIBUTION COMPANY (TEXAS CORPORATION)
12150 SHILOH ROAD, SUITE 104
DALLAS, TX 75228

FOR: WRINKLE REMOVING SKIN CARE PREPARATIONS; SKIN CREAM; SKIN MOISTURIZER; EYE GEL; FACIAL MASK; SUNSCREEN; SKIN CLEANSER, SKIN TONER, AND NIGHT CREAM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-17-1997; IN COMMERCE 3-17-1997.

SER. NO. 75-240,132, FILED 2-11-1997.

GERALD C. SEEGARS, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Jul 29 05:21:43 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SKINCEUTICALS |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: wrinkle removing skin care preparations; skin cream; skin moisturizer; eye gel; facial mask; sunscreen; skin cleanser, skin toner, and night cream. FIRST USE: 19970317. FIRST USE IN COMMERCE: 19970317. |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75240132 |
| **Filing Date** | February 11, 1997 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 17, 1998 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 2156487 |
| **Registration Date** | May 12, 1998 |
| **Owner** | (REGISTRANT) SKINCEUTICALS, INC. CORPORATION TEXAS 12150 SHILOH ROAD SUITE 104 DALLAS TEXAS 75228 |
| | (LAST LISTED OWNER) L'OREAL USA CREATIVE, INC. CORPORATION DELAWARE 10 Hudson Yards New York NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Gigliotti |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170909. |
| **Renewal** | 2ND RENEWAL 20170909 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

United States Patent and Trademark Office

Reg. No. 2,930,299
Registered Mar. 8, 2005

## TRADEMARK
### PRINCIPAL REGISTER

### SKINCEUTICALS HYDRATING $B_5$ GEL

SKINCEUTICALS, INC. (DELAWARE CORPORATION)
3402 MILLER ROAD
GARLAND, TX 75041

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-2-2004; IN COMMERCE 1-2-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,156,487.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE HYDRATING B5 GEL, APART FROM THE MARK AS SHOWN.

SER. NO. 76-563,842, FILED 11-17-2003.

SHARON MEIER, EXAMINING ATTORNEY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 29 05:21:43 EDT 2019

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# SKINCEUTICALS HYDRATING B5 GEL

| | |
|---|---|
| **Word Mark** | SKINCEUTICALS HYDRATING B5 GEL |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: NON-MEDICATED SKIN CARE PREPARATIONS. FIRST USE: 20040102. FIRST USE IN COMMERCE: 20040102 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76563842 |
| **Filing Date** | November 17, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 14, 2004 |
| **Registration Number** | 2930299 |
| **Registration Date** | March 8, 2005 |
| **Owner** | (REGISTRANT) SKINCEUTICALS, INC. CORPORATION DELAWARE 3402 Miller Road Garland TEXAS 75041 |
| | (LAST LISTED OWNER) L'OREAL USA CREATIVE, INC. CORPORATION DELAWARE 10 Hudson Yards New York NEW YORK 10001 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lisa M. Gigliotti |
| **Prior Registrations** | 2156487 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE HYDRATING B5 GEL APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140513. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20140513 |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,497,589
Registered Sep. 9, 2008

TRADEMARK
PRINCIPAL REGISTER

# C E FERULIC

L'OREAL USA CREATIVE, INC. (DELAWARE CORPORATION)
575 FIFTH AVENUE
NEW YORK, NY 10017

FOR: FACIAL SERUM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 2-15-2005; IN COMMERCE 2-15-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,185,073.

SEC. 2(F).

SER. NO. 76-688,456, FILED 4-7-2008.

HENRY S. ZAK, EXAMINING ATTORNEY


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 29 05:21:43 EDT 2019

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## C E FERULIC

| | |
|---|---|
| **Word Mark** | C E FERULIC |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Facial serum. FIRST USE: 20050215. FIRST USE IN COMMERCE: 20050215 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 CE Two letters or combinations of multiples of two letters<br>SHAPES-MISC Miscellaneous shaped designs |
| **Serial Number** | 76688456 |
| **Filing Date** | April 7, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 24, 2008 |
| **Registration Number** | **3497589** |
| **Registration Date** | September 9, 2008 |
| **Owner** | (REGISTRANT) L'Oreal USA Creative, Inc. CORPORATION DELAWARE 10 Hudson Yards New York NEW YORK 10001 |
| **Attorney of Record** | Lisa M. Gigliotti |
| **Prior Registrations** | 3185073 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171018. |
| **Renewal** | 1ST RENEWAL 20171018 |

| **Live/Dead Indicator** | LIVE |
|---|---|

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,574,640
Registered Feb. 17, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# PHLORETIN CF

L'OREAL USA CREATIVE, INC. (DELAWARE CORPORATION)
575 FIFTH AVENUE
NEW YORK, NY 10017

FOR: NON-MEDICATED SKINCARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHLORETIN", APART FROM THE MARK AS SHOWN.

SER. NO. 77-274,070, FILED 9-7-2007.

SANI KHOURI, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 29 05:21:43 EDT 2019

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# PHLORETIN CF

| | |
|---|---|
| **Word Mark** | PHLORETIN CF |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skincare preparations. FIRST USE: 20080601. FIRST USE IN COMMERCE: 20080601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 CF Two letters or combinations of multiples of two letters |
| **Serial Number** | 77274070 |
| **Filing Date** | September 7, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 2, 2008 |
| **Registration Number** | 3574640 |
| **Registration Date** | February 17, 2009 |
| **Owner** | (REGISTRANT) L'Oreal USA Creative, Inc. CORPORATION DELAWARE 10 Hudson Yards New York NEW YORK 10001 |
| **Attorney of Record** | Lisa M. Gigliotti |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHLORETIN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20180326. |
| **Renewal** | 1ST RENEWAL 20180326 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |